# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ADVANCED CABLE TIES, INC.,

    Plaintiff,

vs.                                    CASE NO. 3:18-cv-02035

AMERICAN ELITE MOLDING, LLC, and
ROBERT D. SIRES,

    Defendants.

_____

## NOTICE OF APPEARANCE AND
## DESIGNATION OF EMAIL ADDRESSES

NOTICE IS GIVEN that James R. Green, Jr., of the firm Clark Partington, hereby enters his appearance as counsel for Defendants, AMERICAN ELITE MOLDING, LLC and ROBERT D. SIRES, in this proceeding and respectfully requests that copies of any and all pleadings, notices and other papers filed herein be served on the undersigned. Additionally, James R. Green, Jr. hereby designates the following primary and secondary e-mail addresses for e-mail service in the above-styled case:

    Primary email address:        jgreen@clarkpartington.com;

    Secondary email addresses:    tmanley@clarkpartington.com
                                          bwilkerson@clarkpartington.com

Dated this 16th day of October, 2018.

/s/ James R. Green, Jr.
**ROBERT J. POWELL**
Florida Bar No. 0070318
**JAMES R. GREEN, JR.**
Florida Bar No. 0047326
Clark Partington
125 E. Intendencia Street (32502)
P.O. Box 13010
Pensacola, Florida 32591-3010
(850) 434-9200
Fax (850) 432-7340
*Attorneys for Defendants,*
*American Elite Molding, LLC, and*
*Robert D. Sires*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been furnished in the manner noted below to the following on this 16th day of October, 2018:

Daniel M. Ewert
Moore, Hill & Westmoreland, P.A.
Maritime Place, Suite 100
350 West Cedar Street
Pensacola, Florida 32502
dewert@mhw-law.com
kgraham@mhw-law.com

Joseph D. Lipchitz
Saul Ewing Arnstein & Lehr, LLP
131 Dartmouth Street, Suite 501
Boston, Massachusetts 02116
joseph.lipchitz@saul.com

/s/ James R. Green, Jr.
**JAMES R. GREEN, JR.**